691 A.2d 457

**Richard FOXHILL and Anna Foxhill as Co–Administrators of the Estate of Richard A. Foxhill, Deceased and in their own right, Petitioners,**

**v.**

**Shawn MARLOWE and Liberty Auto Tags and Eileen M. Nicholson and Carango Motors, Respondents.**

Supreme Court of Pennsylvania.

April 10, 1997.

David A. Jaskowiak, Glenside, for Petitioner.

## ORDER

PER CURIAM.

AND NOW, this 10th day of April, 1997, the Petition for Allowance of Appeal is granted and limited to the following issue:

Did the trial court err in granting a nonsuit on Petitioners' claim under 75 Pa. Cons.Stat. § 1574?